Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Alfred M. Allen* and *W. B. Turner* for petitioners. *Mr. Lynn A. Williams* for respondent.

---

No. 444. MAURICE KAY AND BENJAMIN KAY *v.* EDGAR C. SNYDER, UNITED STATES MARSHAL. October 31, 1927. Petitioner for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. J. S. Easby-Smith, David A. Pine, A. L. Newmyer* and *Milton W. King* for petitioners. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for respondent.

---

No. 445. NORWEGIAN AMERICAN SECURITIES CORPORATION *v.* HENRY H. KAUFMAN, TRUSTEE. October 31, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Roscoe H. Hupper* for petitioner. *Mr. Ralph F. Colin* for respondent.

---

No. 447. ROBERT H. ALDREDGE *v.* BALTIMORE & OHIO RAILROAD COMPANY. November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. W. H. Douglass* for petitioner. *Mr. Douglas W. Robert* for respondent.

---

No. 450. TRIBOND SALES CORPORATION *v.* HARRY S. NEW, POSTMASTER GENERAL. November 21, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. E. F. Colladay* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring* and *Mr. Harry S. Ridgely* for respondent.